# EXHIBIT A



# Service of Process Transmittal

07/26/2021
CT Log Number 539969142

**TO:** Jason Albosta
ColourOZ Investment 2 LLC
17177 N LAUREL PARK DR
LIVONIA, MI 48152-2693

**RE:** Process Served in Minnesota

**FOR:** Flint Group, LLC  (Domestic State: MN)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | Esly Kania, Pltf. vs. Flint Group, etc., Dft. *Name discrepancy noted*. |
| DOCUMENT(S) SERVED: | -- |
| COURT/AGENCY: | None Specified<br>Case # NONE |
| ON WHOM PROCESS WAS SERVED: | CT Corporation System, Inc, Saint Paul, MN |
| DATE AND HOUR OF SERVICE: | By Process Server on 07/26/2021 at 14:30 |
| JURISDICTION SERVED : | Minnesota |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| REMARKS: | According to the Minnesota Secretary of State, the only entity registered beginning with the name Flint Group is Flint Group, LLC |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 07/27/2021, Expected Purge Date: 08/01/2021<br><br>Image SOP<br><br>Email Notification,  Jason Albosta  jason.albosta@flintgrp.com |
| REGISTERED AGENT ADDRESS: | CT Corporation System, Inc<br>1010 Dale Street N<br>Saint Paul, MN 55117<br>800-448-5350<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                              FOURTH JUDICIAL DISTRICT

                                                      Case Type: Employment

                                                      Court File No.:

---

Esly Kania,

       Plaintiff,

                                                          **SUMMONS**

vs.

Flint Group,
a/k/a Flint Group North America,
a/k/a Flint Group Packaging Inks North America Corporation,

       Defendant.

---

THIS SUMMONS IS DIRECTED TO THE ABOVE-NAMED DEFENDANT:

**YOU ARE BEING SUED.** The Plaintiff started a lawsuit against you.
The Plaintiff's Complaint against you is attached to this Summons. Do not throw these papers away. They are official papers that affect your rights. You must respond to this lawsuit even though it may not yet be filed with the Court and there may be no Court file number on this Summons.

**YOU MUST REPLY WITHIN 21 DAYS TO PROTECT YOUR RIGHTS.**
You must give or mail to the person who signed this Summons a written response called an Answer within 21 days of the date on which you received this Summons. You must send a copy of your Answer to the person who signed this Summons located at:

    ÉPÉE LAW FIRM, LLC
    1650 West End Blvd, Suite 100
    Minneapolis, MN 55416

**YOU MUST RESPOND TO EACH CLAIM.** The Answer is your written response to the Plaintiff's Complaint. In your Answer you must state whether you agree or disagree with each paragraph of the Complaint. If you believe the Plaintiff should be given everything asked for in the Complaint, you must say so in your Answer.

**YOU WILL LOSE YOUR CASE IF YOU DO NOT SEND A WRITTEN RESPONSE TO THE COMPLAINT TO THE PERSON WHO SIGNED HIS SUMMONS.** If you do not answer within twenty-one (21) days, you will lose this case. You will not get to tell your side of the story, and the Court may decide against you and award the Plaintiff everything asked for in the Complaint. If you do not want to contest the claims stated in the Complaint, you do not need to respond. A default judgment can then be entered against you for the relief requested in the Complaint.

**LEGAL ASSISTANCE.** You may wish to get legal help from a lawyer. If you do not have a lawyer, the Court Administrator may have information about places where you can get legal assistance. **Even if you cannot get legal help, you must still provide a written Answer to protect your rights or you may lose the case.**

**ALTERNATIVE DISPUTE RESOLUTION.** The parties may agree to or be ordered to participate in an alternative dispute resolution process under Rule 114 of the Minnesota General Rules of Practice. You must still send your written response to the Complaint even if you expect to use alternative means of resolving this dispute.

                ÉPÉE LAW FIRM, LLC

Dated: 07/26/2021        /S/ Leopold Épée
                Leopold Épée, ID# 0388307
                Attorney for Plaintiff
                1650 West End Blvd, Suite 100
                Minneapolis, MN 55416
                Telephone: (952) 697-4045
                Email: leo.epee@gmail.com

STATE OF MINNESOTA                                    DISTRICT COURT

COUNTY OF HENNEPIN                        FOURTH JUDICIAL DISTRICT

                                                                                          Case Type: Employment

---

Esly Kania,                                                            Court File No.:

            Plaintiff,

vs.                                                                **COMPLAINT**
                                                                JURY TRIAL REQUESTED
Flint Group,                                            AND ADVISORY JURY REQUESTED
a/k/a Flint Group North America,                        COURT ISSUES
a/k/a Flint Group Packaging Inks Nort America Corporation,

            Defendant.

---

Plaintiff alleges as follows:

1. Plaintiff is a black male and an immigrant from Kenya. Plaintiff is a legal permanent resident of The United States of America.

2. Plaintiff was employed by Flint Group, a developing and manufacturer of printing consumables and equipment, from June 18th, 2018, to October 2nd, 2020. During his employment, he was discriminated against on the basis of race and national origin.

3. While working for Flint Group, Plaintiff's co-worker, who was white and of equal ranking, was secretly promoted to a leadership position. Plaintiff was never given the opportunity to apply for this leadership position.

4. After Plaintiff complained about the discriminatory treatment, he was retaliated against by Defendant. Defendant without evidence of poor performance, gave plaintiff a written warning and placed Plaintiff on a Performance Management Improvement Plan.

5. Plaintiff was assigned duties not given to other workers in the same position as Plaintiff, including operation process creation, record storage, pest control record documentation, compiling hazardous air pollutants, monthly reports, completing current and new customers' questionnaires, as well as internal quality auditing. Plaintiff was hired as a Quality control technician and later promoted to the Quality

1

Control Lead position. Plaintiff subsequently got demoted back to the Quality Control Technician position, however his responsibilities remained the same as the Quality Control Lead Technician position.

6. When Plaintiff complained to Human Resources about being discriminated against on the basis of race and national origin, Defendant undertook a deliberate and extensive program of retaliation against him. Defendant gave Plaintiff a verbal warning, written warning, and placed him on a Performance Improvement Plan. Defendant increased Plaintiff's workload and assigned him additional tasks that he was not doing before, such as conducting incoming inspection of materials and Quality Control Lab Tests.

7. Defendant had no black employee within its management level and made sure to keep the status quo by secretly promoting Plaintiff's former white co-worker to a leadership position and by denying Plaintiff the opportunity to apply for the position.

8. Defendant terminated Plaintiff in October 2020 on the false pretenses of failure to pass the Performance Improvement Plan and bad working relationships with co-workers.

9. Among those involved in aiding and abetting his discrimination, were the HR manager and the operations department manager of Flint Group.

## COUNT 1 – VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED

10. The allegations previously stated in the above paragraphs are hereby incorporated into this Count as of more fully set forth herein.

11. Plaintiff has been discriminated against and was retaliated against on the basis of his race/black and national origin/Kenyan in violation of Title VII of the Civil Rights Act of 1964. Plaintiff received a right to sue letter and is entitled to bring this lawsuit.

12. Because of such illegal discrimination, Plaintiff has sustained economic damages as well as substantial emotional distress damages and attorneys fees.

## COUNT II – RETALIATION IN VIOLATION OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, AS AMENDED

13. The allegations previously stated in the above paragraphs are hereby incorporated into this Count as of more fully set forth herein.

14. Plaintiff was retaliated against on the basis of his race/black and national origin/Kenyan in violation of Title VII of the Civil Rights Act of 1964.

15. Because of such illegal discrimination and retaliation, Plaintiff has sustained economic damages as well as substantial emotional distress damages and attorneys fees.

## COUNT III – DISCRIMINATION UNDER THE MINNESOTA HUMAN RIGHTS ACT

16. The allegations previously stated in the above paragraphs are hereby incorporated into this Count as of more fully set forth herein.

17. Under the Minnesota Human Rights Act, Plaintiff has been discriminated against and was retaliated against on the basis of his race/black and national origin/Kenyan in violation of the Minnesota Human Rights Act.

18. Plaintiff was targeted for demotion and was denied the opportunity to apply for a leadership/management position on account of his race/black and national origin/Kenyan in violation of the Minnesota Human Rights Act. Plaintiff has a claim based on racial and national origin discrimination under the Minnesota Human Rights Act.

19. Because of such illegal discrimination, Plaintiff has sustained economic damages as well as substantial emotional distress damages. Pursuant to the Minnesota Human Rights Act, Plaintiff is also claiming triple damages, a substantial civil penalty to the State of Minnesota, and attorneys fees.

## COUNT IV – RETALIATION UNDER THE MINNESOTA HUMAN RIGHTS ACT

20. The allegations previously stated in the above paragraphs are hereby incorporated into this Count as of more fully set forth herein.

21. Defendant retaliated against Plaintiff on the basis of his race/black and national origin/Kenyan in violation of the Minnesota Human Rights Act.

22. Because of such illegal discrimination and retaliation, Plaintiff has sustained economic damages as well as substantial emotional distress damages. Pursuant to the Minnesota Human Rights Act, Plaintiff is also claiming triple damages, a substantial civil penalty to the State of Minnesota, and attorneys fees.

**WHEREFORE**, Plaintiff prays that he be awarded the following relief:

1. Judgement in excess of $50,000 upon the legal claims stated, including treble damages, a substantial civil penalty and attorneys fees under the various counts.

2. Such further and additional relief as the court may deem just under the circumstances, including, but not limited to, a decree prohibiting Defendant from discriminating under the law for a reasonable period of time.

**ÉPÉE LAW FIRM, LLC**

Dated: 7/26/2021

/s/ Leopold B. Épée
Leopold B. Épée, I.D. No. 0388307
ÉPÉE LAW FIRM, LLC
1650 West End Blvd, Suite 100
Minneapolis, MN 55416
Phone: (952) 697- 4045
Email: leo.epee@gmail.com
Attorney for Defendant

## ACKNOWLEDGMENT

I acknowledge that costs, disbursements, and reasonable attorney and witness fees may be awarded pursuant to Minnesota Statutes § 549.211 to the party against whom the allegations in this pleading are asserted.

**ÉPÉE LAW FIRM, LLC**

Dated: 7/26/2021

/s/ Leopold B. Épée
Leopold B. Épée, I.D. No. 0388307
ÉPÉE LAW FIRM, LLC
1650 West End Blvd, Suite 100
Minneapolis, MN 55416
Phone: (952) 697- 4045
Email: leo.epee@gmail.com
Attorney for Defendant